ORIGINAL

GREGORY BARNETT
No. A4000428-FH203
P. O. Box 2667
Florence, AZ 85232-2667

Petitioner Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 8 2000

at \_\_ o'clock and \_\_ min. \_\_ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY BARNETT, ) | CIV. NO. 00-00456 DAE-FIY |
| ) | |
| Petitioner, ) | MOTION FOR CLARIFICATION ON |
| ) | FINDINGS AND RECOMMENDATION TO |
| vs. ) | DISMISS PETITION AND ACTION, FILED |
| ) | SEPTEMBER 11, 2000; CERTIFICATE |
| PABLO SEDILLO, et al., ) | OF SERVICE |
| ) | |

MOTION FOR CLARIFICATION ON FINDINGS AND RECOMMENDATION TO
DISMISS PETITION AND ACTION, FILED SEPTEMBER 11, 2000

COMES FORTH Petitioner Gregory Barnett pro se, and requests this Court for clarification on its Findings And Recommendation To Dismiss Petition And Action, filed herein on September 11, 2000. Specifically, Petitioner requests clarification on whether this Court's recommendation for dismissal without prejudice includes the assurance that the current state court cases serve to toll the time to file a fully exhausted petition in federal court. Petitioner requested such assurance in his Supplement To The Petition On The Issue Of Exhaustion, dated and certificate of service on September 1, 2000.

DATED: Florence, Arizona  September 15, 2000.

Respectfully submitted,

*Gregory Barnett*
GREGORY BARNETT
Petitioner Pro Se

14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY BARNETT,<br><br>  Petitioner,<br><br>vs.<br><br>PABLO SEDILLO, et al,<br><br>  Respondent. | CIV. NO.  00-00456 DAE-FIY<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I Certify that a copy of the foregoing motion was given to the prison officials for mailing first class, postage prepaid, to Mr. Benjamin M. Acob, First Prosecuting Attorney, 150 South High Street, Wailuku, HI 96793; and a copy to Lisa Itomura, Deputy Attorney General, 465 S. King Street B2, Honolulu, HI 96813, on this day.

DATED: Florence, Arizona  September 15, 2000.

_/s/ Gregory Barnett_
GREGORY BARNETT
Petitioner Pro Se

**RECEIVED**
CLERK U.S. DISTRICT COURT

SEP 18 2000

DISTRICT OF HAWAII

Case: 1:00-cv-00456

Gregory Barnett
Florence Correctional Center
A4000428
P.O. Box 2667
Florence, AZ  85232-2667

SEPTEMBER 15, 20000

------------------------------

DEAR CLERK OF COURT,

   ENCLOSED, PLEASE FIND ORIGINAL AND TWO COPIES FOR THE COURT OF MY MOTION FOR CLARIFICATION, ET CETERA.

   Also, PLEASE FIND A COPY OF THE MOTION TO BE RETURNED TO ME WITH A FILE/STAMP.

   THANK YOU FOR YOUR ASSISTANCE.

                                         SINCERELY YOURS,

                                         /s/ Gregory Barnett
------------------------                 GREGORY BARNETT