ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GREGORY BARNETT, | ) | CIV. NO. 00-00456 DAE-FIY |
| Petitioner, | ) | |
| vs. | ) | |
| PABLO SEDILLO, WARDEN AND CONTRACT AGENT FOR TED SAKAI, DIRECTOR OF PUBLIC SAFETY, STATE OF HAWAII, | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII SEP 29 2000 at 2 o'clock and 40 min. ☐ M WALTER A.Y.H. CHINN, CLERK |
| Respondents. | ) | |

ORDER DENYING MOTION FOR CLARIFICATION ON
FINDINGS AND RECOMMENDATION TO DISMISS
PETITION AND ACTION, FILED SEPTEMBER 11, 2000

Petitioner Gregory Barnett ("Petitioner"), proceeding pro se, brought a petition for writ of habeas corpus under 28 U.S.C. § 2254 on July 3, 2000. On September 11, 2000, this Court issued a Findings and Recommendation to Dismiss Petition and Action for Petitioner's failure to exhaust his state court remedies. Petitioner now moves for clarification of the findings and recommendation, specifically seeking this Court's "assurance that the current state court cases serve to toll the time to file a fully exhausted petition in federal court."

Concurrently, Petitioner filed a Supplement to the Petition on the Issue of Exhaustion in which he admits he has not fully exhausted his state court remedies.

The timeliness of Petitioner's exhausted, re-filed federal habeas petition, subject to statutory and equitable tolling, will be taken into account at the time of filing by a federal court if he is denied relief in state court. See Calderon v. United States Dist. Court (Beeler), 128 F.3d 1283, 1288 (9th Cir. 1997), overruled in part on other grounds, Calderon v. United States Dist. Court (Kelly), 163 F.3d 530 (9th Cir. 1998) (en banc), cert. denied, 119 S.Ct. 1377 (1999). The issue on which Petitioner seeks clarification is not ripe for adjudication, in light of the fact that the present habeas petition is not time-barred by the Antiterrorism and Effective Death Penalty Act of 1996.

Based on the foregoing, Petitioner's Motion For Clarification on Findings and Recommendation to Dismiss Petition and Action, filed September 11, 2000, is HEREBY DENIED.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, SEP 29 2000.

UNITED STATES MAGISTRATE JUDGE
Francis I. Yamashita

BARNETT v. SEDILLO, et al., Civ. No. 00-00456 DAE-FIY; ORDER DENYING MOTION FOR CLARIFICATION ON FINDINGS AND RECOMMENDATION TO DISMISS PETITION AND ACTION, FILED SEPTEMBER 11, 2000; JHC\habeas00\BARNETT (exhaust2)