AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY BARNETT | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL 00-00456DAE-FIY |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>November 3, 2000<br><br>At 4 o'clock and 00 min p.m.<br>WALTER A.Y.H. CHINN, CLERK |
| PABLO SEDILLO, et al. | |
| Defendant(s). | |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the "Order Denying Motion for Clarification on Findings and Recommendation to Dismiss Petition and Action," filed September 11, 2000, is AFFIRMED. IT IS FURTHER ORDERED that Petitioner's Objections to said Order is DENIED. IT IS FURTHER ORDERED that the Petition and Action is DISMISSED WITHOUT PREJUDICE, pursuant to the "Findings and Recommendation to Dismiss Petition and Action" filed on September 29, 2000.

cc:   all counsel of record

| November 3, 2000 | WALTER A.Y.H. CHINN |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

19