## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

WALTER A.Y.H. CHINN
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

November 3, 2000

TO ALL COUNSEL OF RECORD

Re: CIVIL 00-00456DAE-FIY
Gregory Barnett vs. Pablo Sedillo, etc., et al.

Dear Counsel:

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on November 3, 2000.

Sincerely Yours,

WALTER A.Y.H. CHINN, CLERK

by: [signature]
Deputy Clerk

cc: all counsel of record