*[handwritten annotations:]*
F+ 11-14-00:
cc: DAE (re: certificate of appealability)
BA (fyi only)
cc: DAE w/ request for COA 4/12/05

ORIGINAL

GREGORY BARNETT
No. A4000428-FA203
P. O. Box 2667
Florence, AZ 85232-2667

Petitioner Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 14 2000

at 9 o'clock and 45 min. A M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY BARNETT,<br><br>    Petitioner,<br><br>vs.<br><br>PABLO SEDILLO, et al.,<br><br>    Respondent. | CIV. NO.  00-00456 DAE-FIY<br><br>NOTICE OF APPEAL;  CERTIFICATE OF MAILING |

### NOTICE OF APPEAL

Petitioner Gregory Barnett pro se, pursuant to Rules 4 and 22 of the Federal Rules of Appellate Procedure, gives notice of appeal from the Judgment In A Civil Case filed herein on the date of November 3, 2000, with entry of judgment on the same day.  Petitioner appeals from the November 3, 2000 judgment to the Circuit Court of Appeals for the Ninth Circuit.

DATED:  Florence, Arizona  November 9, 2000.

_____
GREGORY BARNETT
Petitioner Pro Se

### CERTIFICATE OF MAILING

I, Gregory Barnett, certify pursuant to 28 U.S.C. § 1746, that the original and copies hereof (Notice of Appeal) were deposited in the prison mail system for first class mailing that has been prepaid, to the United States District Court in Hawai'i, on November 9, 2000.

I declare under penalty of perjury that the foregoing is true.

DATED:  Florence, Arizona  November 9, 2000, By: _____
GREGORY BARNETT

20