ORIGINAL   ORIGINAL

GREGORY BARNETT
NO. A4000428-FH203
P. O. Box 2667
Florence, AZ 85232-2667

Petitioner Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 29 2001

at 10 o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| GREGORY BARNETT,<br><br>    Petitioner,<br><br>vs.<br><br>PABLO SEDILLO, Warden and contract agent for TED SAKAI, Director of Public Safety, State of Hawai'i,<br><br>    Respondent. | CIV. NO. 00-00456 DAE-FIY<br><br>MOTION FOR SUBSTITUTION OF PARTIES FROM "PABLO SEDILLO," TO "FRANK LUNA"; CERTIFICATE OF SERVICE |

MOTION FOR SUBSTITUTION OF PARTIES FROM "PABLO SEDILLO,"

TO "FRANK LUNA"

COMES FORTH Petitioner Gregory Barnett pro se, pursuant to Rules 7 and 25(d), Federal Rules of Civil Procedure, and Rule 2(a) of the Rules Governing Section 2254 Cases, and requests a substitution of parties from "Pablo Sedillo," to "Frank Luna." This motion is made on the grounds that Pablo Sedillo is no longer the Warden having custody of Barnett at Florence Correctional Center, but in his stead Frank Luna is now the designated Warden at such facility. See Ortiz-Sandoval v. Gomez, 81 F.3d 891, 895 (9th cir. 1996) (named respondent must have "the power to produce the prisoner").

DATED:   Florence, Arizona   May 23, 2001.

*Gregory Barnett*
GREGORY BARNETT
Petitioner Pro Se

21

CERTIFICATE OF SERVICE

I, Gregory Barnett, certify pursuant to 28 U.S.C. § 1746, that a copy of the foregoing document was deposited in the prison mail system intended for first class mailing that has been prepaid, to the Maui Prosecutor, 150 S. High Street, Wailuku, HI 96793, and that the original of the document was addressed to the United States District Court in Hawai'i, on: MAY 23, 2001.

I declare under penalty of perjury that the foregoing is true.

DATED: Florence, Arizona   MAY 23, 2001.

_Gregory Barnett_
GREGORY BARNETT