cc Auto

New {
Gregory Barnett
No. A4000428-D11-201
295 U.S. Hwy. 49 South
Tutwiler MS 38963-5072
}

CV-00-456

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 16 2005
DISTRICT OF HAWAII

September 12, 2005

Re: CV00-00456, Barnett v. Sedillo, et al

Please inform me of the current status of the case above.

Also, please notice the change of address (above) for petitioner.

Thank you!

Gregory Barnett

22





BARNETT, D11-201
295 U.S. HWY 49 S.
TUTWILER MS 38963-5072

CLERK
US DISTRICT COURT - HAWAII
300 ALA MOANA BLVD C-338
HONOLULU HI 96850