NOTE: ADDRESS CHANGE

> GREGORY BARNETT
> A400428 - D9109
> 295 U.S. HWY. 49 SOUTH
> TUTWILER MS 38963-5072
> JULY 31, 2006

RE: CV # 00-CV-456 DAE-FIY
<u>BARNETT v. SEDILLO, et al</u>

※ PLEASE PROVIDE ME WITH AN UPDATE (DOCKET SHEETS, etc.) FOR THE CASE REFERENCED ABOVE.

Thank you!

*Gregory Barnett*

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 07 2006
DISTRICT OF HAWAII

BARNETT, D9109
295 U.S. HWY. 49 S.
TUTWILER MS 38963-2072

CLERK
U.S. DISTRICT COURT
300 ALA MOANA BLVD. C-338
HONOLULU HI 96850-0338

LEGAL