# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 16, 2006

Gregory Barnett
A4000428-D9109
295 U. S. Hwy 49 South
Tutwiler, MS 38963-5072

RE: CV 00-00456 DAE-FIY
    Barnett vs. Sedillo, et al.

Dear Mr. Barnett,

The Court is in receipt of your letter dated July 31, 2006. Please be advised that the Court copy fee is $0.50 per page. The docket sheet for the case referenced is approximately 4 pages. Please remit a check or money order in the amount of $2.00, payable to *Clerk, U. S. District Court.*

Sincerely,

SUE BEITIA, Clerk

By: [signature]
    Deputy Clerk