**RECEIVED** October 2, 2007
CLERK U.S. DISTRICT COURT

**Gregory Barnett**
**Red Rock Corr. Center**
**1750 E. Arica Road**
**Eloy, AZ 85231-1215**

OCT 09 2007
4:30 pm by
DISTRICT OF HAWAII

RE: CV 00-00456 DAE-FIY (CORRECT)
     CV 07-00491 SOM-BMK (INCORRECT)

DEAR CLERK:

MY AMENDED PETITION FILED SEP. 26, 2007
WAS WRONGLY GIVEN A NEW CIVIL NO; i.e., 007-491.

ON MY AMENDED PETITION I INDICATED IN THE
PROPER SPACE "CASE No. CV00-00456 DAE-FIY."

CV00-00456 IS THE CORRECT CASE NUMBER.

PLEASE CORRECT THE ERROR.

✳ ALSO, PLEASE SEND ME A PRINT-OUT OF THE
CV00-00456 DOCKET ENTRIES.

Sincerely, Greg Barnett

DIYSON, JOE
750 E. ARICA RD.
ELOY AZ 85231-1215

LEGAL

CLERK
U.S. DISTRICT COURT
300 ALA MOANA BLVD - C 338
HONOLULU HI 96850-0338

R E C E I V E D
CLERK U.S. DISTRICT COURT

OCT 09 2007
4:30pm
DISTRICT OF HAWAII

