UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 29, 2007


To All Counsel of Record as Appellees:

    IN RE:    Gregory Barnett vs. Pablo Sedillo, et al.

                Civil 00-00456 DAE

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on November 14, 2000.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.


                              Sincerely Yours,

                              SUE BEITIA, CLERK

                              by: Anna F. Chang
                              Deputy Clerk


Enclosures

cc:    Clerk, 9th CCA w/copy of NA, appealed orders, docket sheet,
           dfnf, Order denying Certificate of Appealability
      Gregory Barnett w/copy of instructions for civil appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet;