ORIGINAL

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District HAWAII | |
|---|---|---|
| Name BARNETT, GREGORY P. | Prisoner No. A4000428 | Case No. CV 00-00456 DAE-FIY |
| Place of Confinement RED ROCK CORR. CENTER, 1750 E. ARICA RD., ELOY AZ 85231-1215 | | |

| Name of Petitioner (include name under which convicted) | | Name of Respondent (authorized person having custody of petitioner) |
|---|---|---|
| GREGORY P. BARNETT | v. | FRANK LUNA, et al. |

CV07 00491 SOM BMK

The Attorney General of the State of: HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

SEP 26 2007

at 6 o'clock and __ min. P.M.

SUE BEITIA, CLERK

AMENDED PETITION

1. Name and location of court which entered the judgment of conviction under attack CIRCUIT COURT, MAUI
2. Date of judgment of conviction NOV. 30, 1994
3. Length of sentence TEN (10) LIFE TERMS W/PAROLE; 25 YR. MINIMUMS
4. Nature of offense involved (all counts) SEXUAL ASSAULT 1ST
5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☒ PER PLEA AGREEMENT PROMISING "A SINGLE LIFE TERM."
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☐

   N/A
7. Did you testify at the trial?
   Yes ☐ No ☐ N/A
8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒



Ex. 1

1 of 1