UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850-0229

PRO SE STAFF ATTORNEY

Rec'd 10/19/07 GB

October 15, 2007

Mr. Gregory Barnett
Red Rock Correctional Center
1750 E. Arica Road
Eloy, AZ 85231-1215

RE: October 2, 2007 Letter

Dear Mr. Barnett:

Your letter to the Clerk of Court dated October 2, 2007, was referred to me. In your letter, you state that the Clerk improperly assigned a new case number to the petition for writ of habeas corpus you filed on September 26, 2007. Please allow this letter to inform you that your petition was properly filed in Civ. No. 07-491 SOM-BMK.

Judgment in your previous case, Civ. No. 00-456 DAE-FIY, was entered nearly seven years ago. Even though the court dismissed Civ. No. 00-456 DAE-FIY, without prejudice, the case did not remain active and open for you to file an amended petition. Instead, the court permitted you to re-file the claim(s) in a separate future petition.

Sincerely,

Pro Se Staff Attorney

Enclosure

Ex. 2