CERTIFICATE OF SERVICE

I, Gregory Barnett, certify pursuant to 28 U.S.C. § 1746, that a copy of the foregoing document was deposited in the prison mail system intended for first class mailing that has been prepaid, to the Maui Prosecutor, 150 S. High Street, Wailuku, HI 96793, and that the original of the document was addressed to the United States District Court in Hawai'i, on: __11/27/07__.

I declare under penalty of perjury that the foregoing is true.

DATED: ~~Florence~~, Arizona        __Nov. 27, 2007__
        ELOY

_____
GREGORY BARNETT