NEW {
GREGORY BARNETT
A4000428
1250 E. ARICA RD.
ELOY  AZ  85231

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 06 2007
at 11 o'clock and 10 min A.M.
SUE BEITIA, CLERK

Renew/00-456:

~~RE: 00~~ → CHANGE OF ADDRESS

RE: • CV. 00-456 DAE (NOTE ALSO 9CCA PENDING)

• CV. 07-491 SOM

① PLEASE NOTICE MY NEW ADDRESS LISTED ABOVE.

① PLEASE ADVISE 9CCA OF THE SAME IN CV. 00-456 DAE.

Thank You!

Greg Barnett