BARNETT, JEFF
170 E ARICA RD.
ELOY AZ 85231

LEGAL

PHOENIX AZ 852
03 DEC 2007 PM 9 T

GIVE TO COMB
HEALTH CHAR
USA FIRST-CLASS FOREVER

CLERK
U.S.D.C. - HAWAII
300 ALA MOANA BLVD # C-0338
HONOLULU HI 96850-0338

96850+0001