IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GREGORY BARNETT, | ) | CIV. NO. 00-00456 DAE-BMK |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER REGARDING MOTION |
| vs. | ) | FOR LEAVE TO FILE AMENDED |
| | ) | PETITION |
| PABLO SEDILLO, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## ORDER REGARDING MOTION FOR LEAVE TO FILE AMENDED PETITION

On July 3, 2000, pro se Petitioner Gregory Barnett filed a petition under 28 U.S.C. § 2254 for writ of habeas corpus ("Petition"). On November 2, 2000, this Court affirmed former Magistrate Judge Francis I. Yamashita's Findings and Recommendation to Dismiss Petition and Action on the grounds that Petitioner failed to exhaust his state court remedies. (Doc. No. 18.) Specifically, at the time of filing, Petitioner had several post-conviction proceedings pending in Hawaii state court. The court entered Final Judgment on November 3, 2000. (Doc. No. 19.)

On November 14, 2000, Petitioner filed a Notice of Appeal. (Doc. No. 20.) On October 29, 2007, this Court issued an Order denying Certificate of

Appealability and transmitted Petitioner's Notice of Appeal to the Ninth Circuit Court of Appeals. (Doc. Nos. 25 & 26.)

Before the court is Petitioner's Motion for Leave to File Amended Petition ("Motion").[1] (Doc. No. 29). Petitioner's Motion is void for lack of jurisdiction. "The filing of a notice of appeal divests the district court of jurisdiction." *Gould v. Mutual Life Ins. Co. of New York*, 790 F.2d 769 (9th Cir. 1986). As Petitioner filed a Notice of Appeal of Final Judgment entered on November 3, 2000, this Court lacks jurisdiction to entertain Petitioner's Motion. Accordingly, Petitioner's Motion is VOID for lack of jurisdiction.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: December 20, 2007

*Barnett v. Sedillo*, Civ. No. 00-00456 DAE-BMK; ORDER REGARDING MOTION FOR LEAVE TO FILE AMENDED PETITION; hmg\Non dispositive 07\Barnett 00-456 DAE (dny mot for lve)

---

[1] This Motion was filed concurrently with a Motion for Relief from Judgment, which the Honorable David Alan Ezra found to be void for lack of jurisdiction on December 10, 2007. (Doc. No. 34.)