cc: DAE/psa
mailed copy back - J

GREGORY BARNETT
A4000428-LC65
1250 E. ARICA RD.
ELOY AZ 85231-9622

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 26 2007

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GREGORY BARNETT,<br>PETITIONER,<br>VS.<br>PABLO SEDILLO, ET AL.,<br>RESPONDENTS, | CV. NO. 00-00456 DAE<br>NOTICE OF APPEAL OF ORDER<br>FILED DEC. 10, 2007; CERTIFICATE<br>OF MAILING |

## Notice Of Appeal Of Order Filed Dec. 10, 2007

Petitioner Gregory Barnett pro se, gives notice of appeal of Order filed Dec. 10, 2007 regarding Barnett's motion for relief from judgment. This appeal is made pursuant to FRCP Rule 4 and established rules and law allowing appeals from denial of motions for relief from judgment. This appeal is to the Ninth Circuit Court of Appeals.

Dated: Eloy, Arizona December 20, 2007

Gregory Barnett
GREGORY BARNETT

## Certificate of Mailing

I, Gregory Barnett, certify that the original and copies hereof (Notice of Appeal) were given to prison officials for mailing to U.S.D.C. of Hawaii, on Dec. 20, 2007, and that the foregoing is true. 28 U.S.C. §1746.

Dated: December 20, 2007, By: Gregory Barnett
GREGORY BARNETT