BARNETT, LC65
1250 E. ARICA RD.
ELOY AZ 85231-9622

**RECEIVED**
CLERK U.S. DISTRICT COURT
DEC 26 2007
4:30pm &
DISTRICT OF HAWAII

LEGAL

CLERK
U.S. DISTRICT COURT - HAWAII
300 ALA MOANA BLVD C-0308 338
HONOLULU HI 96850-0338

PHOENIX AZ 850
20 DEC 2007 PM 2 T