UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA  
CLERK

TEL (808) 541-1300  
FAX (808) 541-1303

January 3, 2008

To All Counsel of Record as Appellees:

    IN RE:   Gregory Barnett vs. Pablo Sedillo, et al.

              Civil 00-00456 DAE

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on December 26, 2007.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,

SUE BEITIA, CLERK

*[signature]*

by: Anna F. Chang  
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA, appealed order, docket sheet,  
        dfnf, Order denying Certificate of Appealability  
    Gregory Barnett w/copy of instructions for civil appeals  
        Transcript Desig. & Ordering Form  
        with instructions and a copy of the  
        docket sheet;