ORIGINAL

NEW {

GREGORY BARNETT
SAGUARO CORRECTIONAL CENTER
A4000428- LC65
1250 E. ARICA RD.
ELOY, AZ 85231-9622

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 07 2008
at 12 o'clock and 25 min. __ M.
SUE BEITIA, CLERK

JANUARY 3, 2008

RE: - CV. 07-00491
    - CV. 00-00456
    - CHANGE OF ADDRESS
    - EX PARTE MOTION FOR FILING
      (CV. 07-00491)

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 07 2008
DISTRICT OF HAWAII

- PLEASE NOTE CHANGE OF ADDRESS IN BOTH CASES.

- PLEASE FILE & RETURN MY MOTION.

Thank You!
Gregory Barnett