BARNETT, LC65
1250 E. ARICA RD.
ELOY AZ 85231

LEGAL

CLERK
U.S.D.C. - HAWAII
300 ALA MOANA BLVD. C-338
HONOLULU HI 96850-0338

96850+0338

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 07 2008
DISTRICT OF HAWAII