UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 27 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREGORY BARNETT, <br><br> Petitioner - Appellant, <br><br> v. <br><br> TODD THOMAS, et al., <br><br> Respondents - Appellees. | No. 07-17063 <br><br> D.C. No. CV-00-00456-DAE/FIY <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 29 2008
1:25 pm
DISTRICT OF HAWAII

Before:   REINHARDT and WARDLAW, Circuit Judges.

Todd Thomas, Warden of Saguaro Correctional Center, is substituted for Pablo Sedillo, pursuant to Fed. R. App. P. 43(c)(2).

Appellant's brief, received in this court on December 21, 2007, is construed as a request for a certificate of appealability. So construed, the request for a certificate of appealability is granted with respect to the following issues: (1) whether the district court erred by dismissing appellant's section 2254 petition as mixed without first providing him the opportunity to amend his petition to delete the unexhausted claims and proceed with the exhausted claims; and (2) whether the district court properly denied appellant's request for a stay of the federal proceedings to allow appellant to finish exhausting his claims before the Hawaii

courts. *See* 28 U.S.C. § 2253(c)(3); *Rhines v. Weber*, 544 U.S. 269, 278-79 (2005); *Jefferson v. Budge*, 419 F.3d 1013, 1014 (9th Cir. 2005).

Our review of the Hawaii District Court proceedings in Case No. CV-07-491 suggests that the instant appeal may be unnecessary if the district court concludes that appellant's pending section 2254 petition, filed September 26, 2007, is timely pursuant to 28 U.S.C. § 2244(d). All proceedings in the instant appeal are therefore stayed pending the district court's adjudication of appellant's section 2254 petition in Case No. CV-07-491.

Within 60 days of the filing date of this order or within 7 days of the district court's adjudication of appellant's pending section 2254 petition, whichever occurs first, appellees are ordered to file a report on the status of district court proceedings in Case No. CV-07-491.

If the district court determines that appellant's September 26, 2007, petition was timely filed and resolves appellant's claims on the merits, appellant shall file a motion to voluntarily dismiss the instant appeal within 14 days of the district court's judgment in Case CV-07-491.